# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilkinson, III, J H. | 4th US Circuit Court of Appeals | 05/11/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 255 W. Main Street Rm. 230 Charlottesville, Va. 22902 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. To date | I will receive no salary from my former employer, the University of Va. Law School. There will be no continuing participation (cntd Part VIII). |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 11: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judicial Center | Nov. 6-7, 2008 | Washington, DC | Conference | Lodging |
| 2. The Federalist Society | Nov. 20-21, 2008 | Washington, DC | Panel | Dinner |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. -Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 3. -Altria Group, Inc. Common Stock | B | Dividend | J | T | | | | | |
| 4. -Philip Morris Intl Common Stock | | | | | Spinoff (from line 3) | 3/31 | K | | See VIII |
| 5. -Philip Morris Intl Common Stock | A | Dividend | J | T | | | | | |
| 6. -AT&T Common Stock | D | Dividend | L | T | | | | | |
| 7. -Deere & Company Common Stock | C | Dividend | M | T | | | | | |
| 8. -Dupont E I De Nemours & Co. Common Stock | C | Dividend | L | T | | | | | |
| 9. -Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 10. -General Electric Co. Common Stock | D | Dividend | L | T | | | | | |
| 11. -Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |
| 12. -Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 13. -Kraft Common Stock | A | Dividend | J | T | | | | | |
| 14. -Lilly Eli & Co. Common Stock | B | Dividend | K | T | | | | | |
| 15. -Media General Inc. Common Stock | A | Dividend | J | T | | | | | |
| 16. -Proctor & Gamble Co. Common Stock | D | Dividend | N | T | | | | | |
| 17. -Providence & Worcester RR Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    -Royal Dutch Petro Shell Co. Common Stock | D | Dividend | M | T | | | | | |
| 19.    -Schering Plough Corp. Common Stock | A | Dividend | L | T | | | | | |
| 20.    -Spectra Energy Corp.Common Stock | B | Dividend | K | T | | | | | See VIII |
| 21.    -SunTrust Bank Inc. Common Stock | B | Dividend | K | T | | | | | |
| 22.    -Wyeth Common Stock | B | Dividend | L | T | | | | | |
| 23.    -Ridgeworth Fd-Largecap Core Eqty. (FKA -STI Classic Fd) | B | Dividend | M | T | | | | | |
| 24.    -Ridgeworth Fd-Sm Cap Growth (FKA STI Classic Fd) | A | Dividend | K | T | | | | | |
| 25.    -Ridgeworth Fd-Sm Cap Val Eqty(FKA STI Classic Fd) | A | Dividend | K | T | | | | | |
| 26.    -Ridgeworth Fd-Intl Equity(FKA STI Classic Fd) | B | Dividend | K | T | | | | | |
| 27.    -Ridgeworth Fd-Largecap Grth Stk(FKA STI Classic Fd.) | A | Dividend | J | T | | | | | |
| 28.    -Ridgeworth Fd-Aggressive Growth(FKA STI Classic Fd) | A | Dividend | K | T | | | | | |
| 29.    -Ridgeworth Fd-Va Inter Mun Bd(FKA STI Classic Fd.) | E | Interest | O | T | | | | | |
| 30.    -Ridgeworth Fd-Va Tax Free Mmkt(FKA STI Classic Fd) | B | Interest | M | T | | | | | |
| 31. | | | | | | | | | |
| 32.    IRA # 1 | | | | | | | | | |
| 33.    -Ridgeworth Fd-Sm Cap Growth (FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 34.    -Ridgeworth Fd-MidCap Core Eq(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ridgeworth Fd-MidCap Val Eq(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 36. -Ridgeworth Fd-LargeCap Core Eqt(FKA STI Classic Fd) | A | Dividend | K | T | | | | | |
| 37. -Ridgeworth Fd-LargeCap Quant Eqt | | | | | Sold | 7/8 | J | A | |
| 38. -Ridgeworth Fd-LargeCap Grth Stk(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 39. -Ridgeworth Fd-Large Cap Value Eqty | A | Dividend | J | T | Buy | 7/8 | J | | |
| 40. -Ridgeworth Fd-Aggressive Growth(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 41. -Ridgeworth Fd-Emerging Growth(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 42. -Ridgeworth Fd-Intl Equity(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 43. -Ridgeworth Fd-Intl 130/30 | A | Dividend | J | T | Buy | 7/8 | J | | |
| 44. -Ridgeworth Fd-Prime Qlty Mmkt(FKA STI Classic Fd) | A | Interest | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. TRUST #2 | | | | | | | | | |
| 47. -Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 48. -AT & T Common Stock | B | Dividend | K | T | | | | | |
| 49. -Dupont E I Nemours & Co. Common Stock | A | Dividend | J | T | | | | | |
| 50. -Duke Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 51. -Hewlett Packard Common Stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 53. -Lincoln Natl Corp Common Stock | C | Dividend | L | T | | | | | |
| 54. -Royal Dutch Petro Shell Common Stock | B | Dividend | K | T | | | | | |
| 55. -Spectra Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 56. -Schering Plough Corp Common Stock | A | Dividend | K | T | | | | | |
| 57. -Wyeth Common Stock | A | Dividend | K | T | | | | | |
| 58. -IShares Tr S&P Sm Cap 600 Value Indes Fd | A | Dividend | K | T | | | | | |
| 59. -Ridgeworth Fd-LargeCap Core Equity(FK A STI Classic Fd) | A | Dividend | K | T | | | | | |
| 60. -Ridgeworth Fd-SmallCap Growth Stk(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 61. -Ridgeworth Fd-Intl Equity(FKA STI Classi c Fd) | A | Dividend | J | T | | | | | |
| 62. -Ridgeworth Fd-Agressive Growth Stk(FKA STI Classic Fd.) | A | Dividend | K | T | | | | | |
| 63. -Ridgeworth Fd-Va Inter Mun Bd(FKA STI Classic Fd) | A | Interest | K | T | | | | | |
| 64. -Ridgeworth Fd-Va Tax Free MM(FKA STI Classic Fd) | A | Interest | K | T | | | | | |
| 65. | | | | | | | | | |
| 66. DEPOSIT ACCOUNTS | | | | | | | | | |
| 67. SunTrust Interest Checking #1 | A | Interest | K | T | | | | | |
| 68. SunTrust Checking #2 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   SunTrust Checking #3 | | None | J | T | | | | | |
| 70. | | | | | | | | | |
| 71.   TRUST #3 | | | | | | | | | |
| 72.   -Ridgeworth Fd-LargeCap core Equity(FKA STI Classic Fd) | B | Dividend | M | T | | | | | |
| 73.   -Ridgeworth Fd-Smallcap Growth Stk(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 74.   -Ridgeworth Fd-Intl EquityI(FKA STI Class ic Fd) | B | Dividend | K | T | | | | | |
| 75.   -Ridgeworth Fd-Intl Fd 130/30 | A | Dividend | J | T | Buy | 7/8 | J | | |
| 76.   -Ridgeworth Fd-Midcap Core Equity(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 77.   -Ridgeworth Fd-Largecap Growth Stk(FKA STI Classic Fd) | A | Dividend | K | T | | | | | |
| 78.   -Ridgeworth Fd-Aggressive Growth Stk(F KA STI Classic Fd) | A | Dividend | K | T | | | | | |
| 79.   -Ridgeworth Fd-Emerging Growth Stk(FKA STI Classic Fd) | A | Dividend | J | T | | | | | |
| 80.   -Ridgeworth Fd-Large Cap Quan Equity ( FKA STI Classic Fd) | | | | | Sold | 7/8 | K | A | |
| 81.   -Ridgeworth Fd-LargeCap Val Equity | A | Dividend | J | T | Buy | 7/8 | J | | |
| 82.   -Ridgeworth Fd-Midcap Val Equity(FKA S TI Classic Fd) | A | Dividend | J | T | | | | | |
| 83.   -Ridgeworth Fd-Va Inter Mun Bd(FKA STI Classic Fd) | D | Interest | M | T | | | | | |
| 84.   -Ridgworth Fd-Va Tax-Free MMkt(FKA STI Classic Fd) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II: Agreements.
Re: I will rec, contd....in any benefit plan provided by the University, although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University. The mortgage was paid in full on 02/09/1985.

---

Trust #1

My Revocable Trust-
Item 4-Altria spinoff created Philip Morris International
Failed to list Spectra Energy on 2007 report in this account, but was listed under Trust#2.
Items 23 through 30-indicate Ridgeworth Funds (FKA) STI Classic Funds due to name change.

---

IRA

My current IRA-
Account is invested entirely in SunTrust Bank mutual funds, named Ridgeworth Funds-
Items 33 through 44-indicate Ridgeworth Funds (FKA) STI Classic Funds due to name change.

---

Trust #2

██████ Revocable Trust-
Items 59 through 64-indicate Ridgeworth Funds (FKA) STI Classic Funds due to name change.

---

Trust #3

Irrev. GST Trust for me (from ██████ trust)-
This Trust was created from ██████ Trust (her Rev. Trust became Irrev. Interim Trust-after her death) which was split into two shares, after IRS approval was received, for ██████ me. My share later became this trust. When it was initially funded, it only held cash, but it has now been fully invested. The overall asset allocation now includes various asset classes represented by a diverse group of SunTrust Bank mutual funds (Ridgeworth Funds)....items 72 through 84.

Items 72 through 84-indicate Ridgeworth Funds (FKA) STI Classic Funds due to a name change.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544